# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**MERVIN J. PLACERES**　　　　　　　　　　CIVIL ACTION

　　　　　　　　　　　　　　　　　　　　　　NO. **09-4817**

**VERSUS**　　　　　　　　　　　　　　　　　SECTION "L"   MAG. 1

**EAGLE SHIPPING INTERNATIONAL USA, LLC,**
**V SHIPS USA, LLC,**
**XYZ, ASSI NAVIGATION LIMITED,**
**THE LONDON P&I CLUB,**
**AND ABC INSURERS**　　　　　　　　　　　MAGISTRATE

　　　　　　　　　　　　　　　　　　　　　　<u>JURY TRIAL REQUESTED</u>

*******************************************************************

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes petitioner **Mervin J. Placeres**, who respectfully represents as follows:

### I. PARTIES

I.

Petitioner herein, Mervin J. Placeres, is a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana.

II.

Made defendants herein are:

1

1) **EAGLE SHIPPING INTERNATIONAL USA, LLC,** (hereinafter "Eagle Shipping") who owned, operated, managed, controlled, maintained and/or chartered a supply vessel known as the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765. Eagle Shipping is a foreign limited liability company authorized to do and doing business in the state of New York, incorporated in the Marshall Islands.

2) **V SHIPS USA LLC,** (hereinafter "V Ships") who owned, operated, managed, controlled, maintained and/or chartered a supply vessel known as the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765. V Ships is a foreign limited liability company, formed and authorized to do business in the state of Florida.

3) **XYZ,** as the unidentified owner/s, operator/s, manager/s, controller/s, maintainer/s and/or charterer/s of the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765, in August of 2006.

4) **ASSI NAVIGATION LIMITED,** (hereinafter "Assi Navigation") who owns, operates, manages, controls, maintains and/or charters a supply vessel known as the M/V SHIKRA or M/V SHIRKA,

currently known as the ASSIMINA, IMO No. 8307765. Assi Navigation is based in and operated out of Jamaica.

5) **LONDON P&I CLUB,** as the insurer and/or underwriter of a vessel known as the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765. London P & I Club is based in and operated out of London, England.

6) **ABC INSURERS,** as the insurer and/or underwriter of a vessel known as the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765 in August of 2006.

## II. JURISDICTION

III.

The jurisdiction of this Honorable Court over each of these defendants is based on general maritime law. Further, jurisdiction is proper under the provisions of 28 USC § 1332, diversity jurisdiction, because this suit is between citizens of different states and/or foreign states and because the matter in controversy exceeds $75.000.00, exclusive of interests and costs. Jurisdiction is also proper under any other federal or state statute or law which confers jurisdiction in this case.

### III. VENUE

**IV.**

Venue is proper in this Honorable Court pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to the claim occurred within the Eastern District.

### IV. TRIAL BY JURY

**V.**

Petitioner specifically requests a trial by jury on all issues.

### IV. FACTS

**VI.**

At all times pertinent herein, petitioner, Mervin J. Placeres, was in the employ of Associated Marine Equipment, LLC as a seaman.

**VII.**

On or about August 9, 2006, petitioner was attempting to navigate down a gangway on the vessel the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765, when, as he was attempting to disembark the M/V SHIKRA or M/V SHIRKA, he slipped on the steeply inclined gangplank, causing severe injury to his right shoulder.

VIII.

At the time of the accident on August 9, 2006, the vessel M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765, was located in the Parish of St. John the Baptist at the St. John Buoys.

IX.

Furthermore, at the time of the accident on August 9, 2006, the vessel M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765, was owned, operated, managed, controlled, maintained, chartered, and/or insured by the defendants.

X.

The plaintiff slipped on the gangway of the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, due to the owner, operator, manager, maintainer and/or charterer's failure to ensure the seaworthiness of the vessel and its appurtenances, namely the steeply inclined gangplank.

XI.

At the time of the accident, the underwriter and/or insurers of the vessel M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, IMO No. 8307765, were The London P&I Club and ABC. The underwriter and/or insurers are also liable for the unseaworthiness of the vessel and its appurtenances.

## V.   INJURIES

### XII.

As a result of the accident occurring on the M/V SHIKRA or M/V SHIRKA, currently known as the ASSIMINA, Mr. Placeres suffered severe and debilitating injuries to his right shoulder. As a result of these injuries, Mr. Placeres required three separate shoulder procedures, including surgeries. Due to his injuries and surgeries, Mr. Placeres is permanently disabled, unfit for duty, and incapable of returning to duty.

## VI.   UNSEAWORTHINESS

### XIII.

The owner, operator, manager, maintainer, charterer, and/or insurer owes the warranty of seaworthiness to members of the crew of his vessel.

### XIV.

Specifically, the above named defendants are responsible for failing to provide a seaworthy vessel, failing to maintain the vessel, failing to provide equipment, appurtenances, gear that was reasonably fit for its intended purpose, failing to use reasonable care to provide a seaman with a safe place to work, failing to inspect the vessel for hazards, failing to select competent master and crew, failing to exercise due care and caution, and other acts or omissions which will be proven at the trial of this matter.

## VIII. DAMAGES

### XV.

As a result of the negligence of the defendants, as described above, Mr. Placeres suffered severe and debilitating damages, to wit:

a. Past, present and future physical pain and suffering;

b. Past, present and future mental anguish;

c. Future lost wages;

d. Unearned wages;

e. Past and future medical expenses;

f. Loss of future earning capacity;

g. Loss of enjoyment of life;

h. Past, present and future maintenance and cure benefits; and

i. Additional damages to be proven at the trial of this matter.

### XVI.

Petitioner is entitled to prejudgment interest from the date of loss.

WHEREFORE, petitioner, Mervin J. Placeres, prays that defendants Eagle Shipping International USA, LLC, V Ships USA, LLC, XYZ, Assi Navigation Limited, The London P&I Club, and ABC Insurer/s be duly cited and served with a copy of this Complaint and that after due proceedings are had, there be judgment rendered herein in favor of petitioner and against defendants in an amount sufficient to adequately compensate petitioner for his damages together with legal interest from date of loss

until paid and for all costs of this suit. Petitioner further pleads for all general and equitable relief.

Respectfully submitted,

_____
Stephen C. Resor (Bar No. 16767), T.A.
sresor@ssrlawfirm.com
Michael M. Meunier (Bar No. 17056)
mmeunier@ssrlawfirm.com
Nathan M. Gaudet (Bar No. 30514)
ngaudet@ssrlawfirm.com
Amy D. Hotard (Bar No. 31709)
adhotard@ssrlawfirm.com
**Sullivan, Stolier & Resor**
909 Poydras Street, Suite 2600
New Orleans, Louisiana 70112
Telephone: (504) 561-1044
Facsimile: (504) 561-8606
**Attorneys for plaintiff, Mervin J. Placeres**